UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SALLY PREJEAN | CIVIL ACTION |
| VERSUS | NO:   21-00547 |
| WESTWEGO CITY | SECTION: "B" (4) |

### ORDER

The undersigned Magistrate Judge was notified that negotiations were successful and a settlement was reached, therefore the Settlement Conference **(Rec. Doc. #22)** scheduled for **November 15, 2021, at 2:00 PM** is **CANCELLED.** A copy of the correspondence is attached to this Order.

The District Judge's staff has been notified to enter a dismissal with a retention of jurisdiction for settlement enforcement purposes.

New Orleans, Louisiana, this 12th day of November 2021

_____
KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**Senior District Judge Ivan L.R. Lemelle**